*This opinion is subject to administrative correction before final disposition.*

# United States Navy–Marine Corps
# Court of Criminal Appeals

_____

Before
MONAHAN, HOLIFIELD, and COGLEY
Appellate Military Judges

_____

**UNITED STATES**
Appellee

**v.**

**Phillip J. PRUITT**
Private First Class (E-2), U.S. Marine Corps
Appellant

**No. 202000187**

Decided: 30 October 2020

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judges:
Jeffrey Munoz (arraignment)
Andrea C. Goode (trial)

Sentence adjudged 16 June 2020 by a special court-martial convened at Marine Corps Base Camp Pendleton, California, consisting of a military judge sitting alone. Sentence in the Entry of Judgment: reduction to E-1, confinement for 90 days, and a bad conduct discharge.

For Appellant:
*Major Brian L. Farrell, USMCR*

For Appellee:
*Brian K. Keller, Esq.*

_____

**This opinion does not serve as binding precedent under
NMCCA Rule of Appellate Procedure 30.2(a).**

_____

PER CURIAM:

After careful consideration of the record, submitted without assignment of error, we have determined that the findings and sentence are correct in law and fact and that no error materially prejudicial to Appellant's substantial rights occurred. Uniform Code of Military Justice arts. 59, 66, 10 U.S.C. §§ 859, 866.

The findings and sentence are **AFFIRMED**.

FOR THE COURT:

RODGER A. DREW, JR.
Clerk of Court